NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWARD LEO *et al.*, | Civ. No. 18-4099 |
| Plaintiffs, | **ORDER** |
| v. | |
| NATIONSTAR MORTGAGE LLC OF DELAWARE *et al.*, | |
| Defendants. | |

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS on this 15th day of August, 2019,

ORDERED that the Motion to Dismiss brought by Defendant Nationstar Mortgage LLC of Delaware (ECF No. 111) is GRANTED; and it is further

ORDERED that the Amended Motion to Dismiss brought by Defendant Great American Assurance Company (ECF No. 112) is GRANTED; and it is further

ORDERED that the Motion to Dismiss Amended Complaint brought by Defendant Willis of Ohio, Inc. (ECF No. 113) is GRANTED; and it is further

ORDERED that the Amended Complaint (ECF No. 58) is DISMISSED.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.